```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-25-12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEMINI MASTER FUND, LTD.,

                              Plaintiff,

- against -                             12 CV 2111(PAC)

AETHLON MEDICAL, INC.,              ECF Case

                              Defendant.

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE + Order

IT IS HEREBY STIPULATED AND AGREED by and between the foregoing parties to the above-captioned action that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is dismissed without prejudice. Each party shall bear its own costs, expenses, and attorneys' fees. *The Clerk of Court shall close this case.*

Dated:  New York, New York
           June 22, 2012

OLSHAN GRUNDMAN FROME           WOLLMUTH MAHER & DEUTSCH LLP
ROSENZWEIG & WOLOSKY LLP

By: /s/ *Thomas J. Fleming*               By: /s/ *William A. Maher*
    Thomas J. Fleming                        William A. Maher
    Renee M. Zaytsev                         Michael P. Burke

Park Avenue Tower                        500 Fifth Avenue
65 East 55th Street                          New York, New York 10110
New York, New York 10022            (212) 382-3300
(212) 451-2300                             *Attorneys for Defendant*
*Attorneys for Plaintiff*

1701104-1

SO ORDERED: 6-25-12

*/s/ Paul A. Crotty*

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE